| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| RAYMOND H. AVER - SBN 109577<br>LAW OFFICES OF RAYMOND H. AVER<br>A Professional Corporation<br>12424 Wilshire Boulevard, Suite 720<br>Los Angeles, California 90025<br>Telephone No. (310) 571-3511<br>Facsimile No. (310) 571-3512<br>*Attorney for* PHYLLIS R. CADDELL | **FILED**<br>JUL 19 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:       Deputy Clerk<br><br>**RECEIVED**<br>JUN 23 2010<br>CLERK U S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY       Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>PHYLLIS R. CADDELL,<br><br>Debtor. | |
|---|---|
| PHYLLIS R. CADDELL,<br><br>Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA, N.A.; EMC MORTGAGE CORPORATION; and LA RUE GENERAL CONTRACTORS, INC.<br><br>Defendant(s). | CHAPTER 11<br><br>CASE NUMBER LA 09-31162 EC<br><br>ADVERSARY NUMBER AD 10-01548 EC<br><br>(No Hearing Required) |

# REQUEST FOR ENTRY OF DEFAULT UNDER
# LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*: BANK OF AMERICA, N.A.

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 4/14/10

3. The Summons and Complaint were served on Defendant by ☐ Personal Service   ☒ Mail Service
   on the following date *(specify date)*: 4/19/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 5/17/10

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 6/22/10

| Default entered on *(specify date)*: **JUL 19 2010**<br>KATHLEEN J. CAMPBELL<br>Clerk of Court<br>By: *(signature)*<br>Deputy Clerk | Respectfully submitted,<br>Law Offices of Raymond H. Aver, APC<br>Firm Name<br>By: *(signature)*<br>Name: Raymond H. Aver<br>*Attorney for Plaintiff or Plaintiff* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

**F 7055-1.1**

## DECLARATION OF RAYMOND H. AVER

I, RAYMOND H. AVER, declare:

1. I am an attorney licensed to practice in the State of California. I am employed by the Law Offices Of Raymond H. Aver, A Professional Corporation ("Aver Firm"). The Aver Firm is general insolvency counsel for Phyllis R. Caddell, the chapter 11 debtor and debtor in possession, Case No. LA 09-31162 EC and Adversary No. AD 10-01548 EC.

2. Default is sought against defendant Bank Of America, N.A. ("Bank Of America").

3. The Aver Firm caused to be filed a "First Amended Complaint To: (1) Determine Value Of Owner Occupied Residential Real Property; (2) Determine Extent And Nature Of Lien Of Bank Of America, N.A.; (3) Extinguish Deed Of Trust Of Bank Of America, N.A.; (4) Determine Extent And Nature Of Lien Of La Rue General Contractors, Inc.; And (5) Extinguish Deed Of Trust Of La Rue General Contractors, Inc." ("Complaint") on April 14, 2010.

4. The "Alias Summons And Notice Of Status Conference" ("Summons") was issued on April 16, 2010.

5. The Summons and Complaint were served on Bank Of America by mail on April 19, 2010. A true and correct copy of the printout from the Secretary of State's website evidencing the agent for service of process for Bank Of America is attached hereto as **Exhibit A**.

6. A true and correct copy of the "Proof Of Service Of: 1. 'Alias Summons And Notice Of Status Conference; 2. First Amended Complaint To: (1) Determine Value Of Owner Occupied Residential Real Property; (2) Determine Extent And Nature Of Lien Of Bank Of America,

N.A.; (3) Extinguish Deed Of Trust Of Bank Of America, N.A.; (4) Determine Extent And Nature Of Lien Of La Rue General Contractors, Inc.; And (5) Extinguish Deed Of Trust Of La Rue General Contractors, Inc.; And 3. Amended Scheduling Order'" is attached hereto as **Exhibit B**.

7. Pursuant to the Summons, the time for filing an answer expired on May 17, 2010. A true and correct copy of the "Alias Summons And Notice Of Status Conference" is attached hereto as **Exhibit C**.

8. The Aver Firm has not received service of an answer or other responsive pleading by Bank Of America and a review of the adversary docket discloses that no answer or responsive pleading has been filed with the Court.

9. I have personal knowledge of the facts set forth above, and if called upon as a witness, I could and would competently testify thereto under oath.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 22nd of June, 2010, at Los Angeles, California.

_____
RAYMOND H. AVER

EXHIBIT A

# California Secretary of State

Secretary of State     Administration    Elections    Business Programs

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Mail Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
 status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert**
(misleading business
 solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, June 18, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Entity Number: | C2551762 |
| Date Filed: | 04/14/2003 |
| Status: | ACTIVE |
| Jurisdiction: | UNITED STATES |
| Entity Address: | 101 S TYRON ST |
| Entity City, State, Zip: | CHARLOTTE NC 28255 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH STREET |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement | Free Document Readers**

Copyright © 2010   California Secretary of State

EXHIBIT B

```
 1  RAYMOND H. AVER - State Bar No. 109577
    LAW OFFICES OF RAYMOND H. AVER
 2  A Professional Corporation
    12424 Wilshire Boulevard, Suite 720
 3  Los Angeles, California  90025
    Telephone: (310) 571-3511
 4  Facsimile: (310) 571-3512

 5  Attorneys for Debtor/Plaintiff
    PHYLLIS R. CADDELL
 6

 7

 8                   UNITED STATES BANKRUPTCY COURT

 9         CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

10

11  In re:                        )  Case No. LA 09-31162 EC
                                  )
12  PHYLLIS R. CADDELL,           )  In Proceedings Under
                                  )  Chapter 11
13                                )
                                  )
14          Debtor.                )  Adv. No. AD 10-01548 EC
                                  )
15  _____)  PROOF OF SERVICE OF:
                                  )
16  PHYLLIS R. CADDELL,           )  1.  ALIAS SUMMONS AND NOTICE OF
                                  )      STATUS CONFERENCE;
17          Plaintiff,            )  2.  FIRST AMENDED COMPLAINT TO:
                                  )      (1) DETERMINE VALUE OF OWNER
18  v.                            )      OCCUPIED RESIDENTIAL REAL
                                  )      PROPERTY; (2) DETERMINE
19  BANK OF AMERICA, N.A., as     )      EXTENT AND NATURE OF LIEN OF
    successor by merger to LA     )      BANK OF AMERICA, N.A.; AND
20  SALLE BANK, N.A., as trustee  )      (3) EXTINGUISH DEED OF TRUST
    for CERTIFICATEHOLDERS of BEAR)      OF BANK OF AMERICA, N.A.;
21  STEARNS MORTGAGE FUNDING TRUST)      (4) DETERMINE EXTENT AND
    2007-SL2, Mortgage-Backed     )      NATURE OF LIEN OF LA RUE
22  Certificates, Series 2007-SL2;)      GENERAL CONTRACTORS, INC.;
    EMC MORTGAGE CORPORATION; and )      AND (5) EXTINGUISH DEED OF
23  LA RUE GENERAL CONTRACTORS,   )      TRUST OF LA RUE GENERAL
    INC.                          )      CONTRACTORS, INC.; AND
24                                )  3.  AMENDED SCHEDULING ORDER
                                  )
25          Defendants.           )
                                  )
26  _____)

27

28
```

*PROOF OF SERVICE*

Law Offices
of Raymond
H. Aver, APC

Page 1

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12424 Wilshire Boulevard, Suite 720, Los Angeles, California 90025

The foregoing documents described:
1. "ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE";
2. "FIRST AMENDED COMPLAINT TO: (1) DETERMINE VALUE OF OWNER OCCUPIED RESIDENTIAL REAL PROPERTY; (2) DETERMINE EXTENT AND NATURE OF LIEN OF BANK OF AMERICA, N.A.; AND (3) EXTINGUISH DEED OF TRUST OF BANK OF AMERICA, N.A.; (4) DETERMINE EXTENT AND NATURE OF LIEN OF LA RUE GENERAL CONTRACTORS, INC.; AND (5) EXTINGUISH DEED OF TRUST OF LA RUE GENERAL CONTRACTORS, INC."; AND
3. "AMENDED SCHEDULING ORDER"

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 19, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Raymond H Aver ray@averlaw.com

Kathy A Dockery efiling@CH13LA.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

___  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **April 19, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

_X_  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 19, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

_X_  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 19, 2010        Trevor Hunter
Date                  Type Name                        Signature

PROOF OF SERVICE

## SERVICE LIST

**VIA U.S. MAIL**

Attorney On Proof Of Claim For Bank Of America, N.A.
Christopher M. McDermott, Esq.
Pite Duncan
4375 Jutland Drive, P.O. Box 17933
San Diego, California 92117

Agent For Service Of Process For Bank Of America, N.A.
Bank of America, N.A.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Agent For Service Of Process For EMC Mortgage Corporation
EMC Mortgage Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Address On Proof Of Claim For EMC Mortgage Corporation
EMC Mortgage Corporation
P.O. Box 660530
Dallas, Texas 75266

Address For Bank Of America, N.A. On BNC List
Bank of America, N.A.
450 American Street
Simi Valley, California 93065

Address For EMC Mortgage Company On BNC List
EMC Mortgage Company
800 State Highway 121 By
Lewisville, Texas 75067

Address On Promissory Note And Agent For Service Of Process Of La Rue General Contractors, Inc.
La Rue General Contractors, Inc.
c/o Corey & Corey
3580 Wilshire Boulevard, 17th Floor
Los Angeles, California 90010

Business Entity Address
La Rue General Contractors, Inc.
1010 South Catalina Avenue
Redondo Beach, California 90277

**VIA PERSONAL SERVICE**

Honorable Ellen Carroll
Bin Outside of Suite 1634

*PROOF OF SERVICE*

EXHIBIT C

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY

RAYMOND H. AVER, SBN - 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
12424 Wilshire Boulevard, Suite 720
Los Angeles, California 90025
Telephone No. (310) 571-3511
Facsimile No. (310) 571-3512

Attorney for Plaintiff PHYLLIS R. CADDELL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

PHYLLIS R. CADDELL,

                                            Debtor.

PHYLLIS R. CADDELL,
                                            Plaintiff(s),
vs.

BANK OF AMERICA, N.A., et al.
                                            Defendant(s)

CHAPTER 11

CASE NUMBER LA 09-31162 EC

ADVERSARY NUMBER 10-01548-EC

(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)
ALIAS

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____ 5-17-10, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 6-23-10    Time: 1:30p    Courtroom: 1639    Floor: 16th

☒ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 4-16-10

KATHLEEN J. CAMPBELL
Clerk of Court,

By: _____
    Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                F 7004-1

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re | (SHORT TITLE) | CASE NO.: LA 09-31162 EC |
|---|---|---|
| PHYLLIS R. CADDELL, | Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date             Type Name                  Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)    **F 7004-1**

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*    **F 7055-1.1**

| In re PHYLLIS R. CADDELL, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NO.: LA 09-31162 EC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as "REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/22/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Raymond H Aver ray@averlaw.com
Kathy A Dockery efiling@CH13LA.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/22/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/22/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll
Bin Outside of Suite 1634

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/22/2010 | Trevor Hunter | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010*    **F 7055-1.1**

## SERVICE LIST

**Via U.S. Mail**

Attorney On Proof Of Claim For Bank Of America, N.A.
Christopher M. McDermott, Esq.
Pite Duncan
4375 Jutland Drive, P.O. Box 17933
San Diego, California 92117

Agent For Service Of Process For Bank Of America, N.A.
Bank of America, N.A.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Agent For Service Of Process For EMC Mortgage Corporation
EMC Mortgage Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Address On Proof Of Claim For EMC Mortgage Corporation
EMC Mortgage Corporation
P.O. Box 660530
Dallas, Texas 75266

Address For Bank Of America, N.A. On BNC List
Bank of America, N.A.
450 American Street
Simi Valley, California 93065

Address For EMC Mortgage Company On BNC List
EMC Mortgage Company
800 State Highway 121 By
Lewisville, Texas 75067

Address On Promissory Note And Agent For Service Of Process Of La Rue General Contractors, Inc.
La Rue General Contractors, Inc.
c/o Corey & Corey
3580 Wilshire Boulevard, 17th Floor
Los Angeles, California 90010

Business Entity Address
La Rue General Contractors, Inc.
1010 South Catalina Avenue
Redondo Beach, California 90277